JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CHAVEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC. a Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Case No. 5:25-cv-02768-DOC-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT [14]** |

　　On November 24, 2025, the Parties filed a Joint Stipulation to Remand Case to State Court ("Joint Stipulation"). Dkt. 13. The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. This action is **REMANDED** to the Superior Court of California, County of San Bernardino;
2. Motion to Remand (Dkt. 12) is terminated as moot;
3. All pending proceedings are VACATED and removed from calendar.

　　IT IS SO ORDERED.

Dated: November 25, 2025

　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-